UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA L. CLARK | CIVIL ACTION |
| VERSUS | NO. 23-445-JWD-SDJ |
| MV REALITY OF LOUISIANA | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 13, 2026 (Doc. 20), to which no objection was filed;

IT IS ORDERED that Plaintiff's cause of action shall be **DISMISSED** without prejudice pursuant to Local Civil Rule 41(b), and this Court's inherent power, for failure to prosecute.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>June 5, 2026</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**